JOAN M. GRIMES, ESQ.
State Bar No. 121502
2950 Buskirk Avenue, #140
Walnut Creek, CA  94597
(925) 323-7772    Phone
(925) 407-8373    Fax

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| Fernando Alvarez<br>Gladys Alvarez<br><br>　　　　Debtors | Case No.    13-40016-WJL-13<br><br>Chapter 13<br><br>**MOTION TO VALUE LIEN OF BANK OF AMERICA, NA** |

### MOTION TO VALUE LIEN OF BANK OF AMERICA, NA

The debtors move this court for an order valuing lien in favor of Bank of America, NA ("Bank of America, NA") which currently attaches in second position to the debtors' residence located at 778 Brannan Place, Concord, CA 94518 ("real property").

Avoidance of this lien is appropriate as discussed in In re Lam, 211 BR 36, 41 (B.A.P. 9th Cir. 1997) (holding that a wholly unsecured deed of trust may be discharged as an unsecured claim).  In support of this motion, the debtors state as follows:

1.  The debtors own and occupy the real property.

MOTION TO VALUE LIEN OF BANK OF AMERICA, NA                                                                                                         Page 1

At the time of the bankruptcy filing, the real property was encumbered by the following obligations in order of priority:

| CREDITOR | POSITION | BALANCE |
|---|---|---|
| BAC Home Loans Servicing, LP | First Position | $556,388.12[1] |
| Bank of America, NA | Second Position | $132,192.81[2] |

This fair market value was alleged in the Chapter 13 Plan filed on January 2, 2013 which provided:

> DEBTORS INTEND TO FILE A MOTION TO AVOID THE LIEN OF BANK OF AMERICA, NA WITH RESPECT TO THE REAL PROPERTY 778 BRANNAN PLACE, CONCORD, CA 94518 ("REAL PROPERTY"), THE DEBTORS CONTEND THAT THE LIEN OF BANK OF AMERICA, NA, I.E., THE SECOND DEED OF TRUST IS WHOLLY UNSECURED IN THAT THE VALUE OF THE DEBTORS' REAL PROPERY IS $535,000 WHICH IS LESS THAN THE BALANCE OF THE FIRST DEED OF TRUST.

Attached hereto and incorporated herein as Exhibit A is the Deed of Trust held by BAC Home Loans Servicing, LP, together with the loan statement reflecting a balance due and owing to BAC Home Loans Servicing, LP of $556,388.12.

Attached hereto and incorporated herein as Exhibit B is a copy of the Deed of Trust held by Bank of America, NA, together with a copy of loan statement reflecting a balance due and owing to Bank of America, NA of $132,192.81.

The debtors also request the court take judicial notice of the Petition, Schedules and Statement of Financial Affairs filed in this case. Schedule D lists the obligations against 778 Brannan Place, Concord, CA 94518 and the petition demonstrates 778 Brannan Place, Concord, CA 94518 was the debtors' residence at the time of the bankruptcy filing.

WHEREFORE, the debtors seek an order of this court valuing the lien of Bank of America, NA in second position at $0 and rendering this creditor wholly unsecured for all

---

[1] This deed of trust was recorded on May 16, 2006, in Contra Costa County.

[2] This deed of trust was recorded on October 2, 2006, in Contra Costa County.

purposes as to the second deed of trust, upon completion of the debtors' Chapter 13 Plan and entry of their discharge during the Chapter 13 case, Bank of America, NA will be paid as an unsecured creditor.

Dated: January 7, 2013

LAW OFFICE OF JOAN GRIMES

/s/ Joan M. Grimes
Joan M. Grimes
Attorney for Debtors