Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re
    Fernando Esquivias Alvarez
    Gladys Juro Alvarez
                debtor(s)

Chapter 13 Case No. 13-40016-WJL13

**CHAPTER 13 TRUSTEE'S STATEMENT OF INVESTIGATION**

The office of Martha G. Bronitsky, Chapter 13 Trustee, hereby submits this Statement of Investigation of the financial affairs of the debtor(s) pursuant to 11 U.S.C. 1302(c).

The Meeting of Creditors was held on Thursday, February 7, 2013 wherein an examination of the debtor(s) business was performed. The examination and the review of this business case consisted of a review of the following documentation, when and if applicable:

> Business Case Questionnaire

> Evidence of Insurance

> Business Bank Statements

> Profit and Loss Statement

> Business License/Permit

> Business Taxes

The debtor(s) has provided all business documentation that is pertinent to the business.

This report is for information purposes only, and is not an exhaustive financial analysis of the debtor(s) business. Parties desiring furhter information should consult debtor(s) counsel. No irregularities haveing been found.

Date: February 07, 2013

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee