

JOAN M. GRIMES, ESQ.  
State Bar No. 121502  
2950 Buskirk Avenue, #140  
Walnut Creek, CA 94597  
(925) 323-7772 Phone  
(925) 407-8373 Fax  

Attorney for Debtors

**The following constitutes the order of the court.  
Signed February 7, 2013**

_____  
**William J. Lafferty, III  
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Fernando Alvarez<br>Gladys Alvarez<br><br>Debtors | ) Case No.   13-40016-WJL-13<br>)<br>) Chapter 13<br>)<br>) **ORDER VALUING LIEN OF BANK OF**<br>) **AMERICA, NA**<br>)<br>)<br>)<br>)<br>) |

On January 14, 2013, the Debtors filed a Motion to Value Lien in Favor of Bank of America, NA (Second Deed of Trust) ("Lienholder") against the real property commonly known as 778 Brannan Place, Concord, CA 94518 which was recorded in Contra Costa County on October 2, 2006 as Document No. 2006-0312064-00 ("Lien").

The Court finds that the Motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the Court hereby orders as follows.

1.  For purposes of Debtors' Chapter 13 Plan only, the Lien is valued at zero, Bank of America, NA does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. 506, 1322(b)(2) and 1327.

ORDER VALUING LIEN OF Bank of America, NA                                                                                    Page 1

2. This Order shall become part of Debtors' confirmed Chapter 13 plan.

3. Upon entry of a discharge in Debtors' Chapter 13 case, the Lien shall be void for all purposes, and upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this Order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

## COURT SERVICE LIST

Bank of America, NA
Attn: Officer
100 North Tryon Street
Charlotte, NC 28202

<u>Chapter 13 Trustee</u>
Martha Bronitsky
PO Box 9077
Pleasanton, CA 94556

<u>United States Trustee, Region 17</u>
United States Department of Justice
1301 Clay Street, Suite 690N
Oakland, CA 94612

ORDER VALUING LIEN OF Bank of America, NA

Page 3