# Notice Recipients

District/Off: 0971−4   User: pwright   Date Created: 2/7/2013
Case: 13−40016   Form ID: pdfeoc   Total: 3

**Recipients of Notice of Electronic Filing:**
ust   Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov
tr   Martha G. Bronitsky   13trustee@oak13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Bank of America, NA   Attn: Officer   100 North Tryon Street   Charlotte, NC 28202

TOTAL: 1