| | |
|---|---|
| 1 | JOAN M. GRIMES, ESQ. |
| | State Bar No. 121502 |
| 2 | 1600 S. Main Street |
| | Suite 100 |
| 3 | Walnut Creek, CA 94596 |
| | (925) 939-1680    Phone |
| 4 | (925) 407-8373    Fax |
| 5 | Attorney for Debtors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| Fernando Alvarez<br>Gladys Alvarez<br><br>Debtors | ) Case No.    13-40016-WJL-13<br>)<br>) Chapter 13<br>)<br>)<br>) **OBJECTION TO CLAIM NUMBER 13**<br>) **FILED BY NATIONAL RESIDENTIAL**<br>) **ASSETS CORP AS SERVICED BY**<br>) **BANK OF AMERICA; NOTICE OF**<br>) **OPPORTUNITY FOR HEARING;**<br>) **DECLARATION OF DEBTORS**<br>)<br>)<br>) |

## **OBJECTION TO CLAIM NUMBER 13 FILED BY NATIONAL RESIDENTIAL ASSETS CORP AS SERVICED BY BANK OF AMERICA; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION OF DEBTORS**

Please take notice that the Debtors, by and through their attorney, hereby object to Claim No. 13 filed by National Residential Assets Corp. as serviced by Bank of America. A true and correct copy of the proof of claim is attached hereto, marked Exhibit A and incorporated herein by this reference.

The grounds for the denial of claim are as follows:

OBJECTION TO CLAIM NUMBER 13 FILED BY  NATIONAL RESIDENTIAL ASSETS CORP AS SERVICED BY BANK OF AMERICA; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION OF DEBTORS          Page 1

Case: 13-40016   Doc# 59   Filed: 02/21/14   Entered: 02/21/14 13:54:36   Page 1 of 3

This claim is denied to the extent it provides for payment of 3.375% interest on the arrears listed. The Chapter 13 Plan allows for payment of the arrears portion of the claim but National Residential Assets Corp. is not entitled to interest on the arrears pursuant to 11 USC, Section 506(b).

**PLEASE TAKE NOTICE** that Local Rule 9014(1) of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the requesting party within 21 days of mailing of the notice;

That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an Order granting the relief by default; and

That the initiating party will give at least 7 days' written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: February 21, 2014

LAW OFFICE OF JOAN GRIMES

/s/ Joan M. Grimes
Joan M. Grimes
Attorney for Debtors

OBJECTION TO CLAIM NUMBER 13 FILED BY NATIONAL RESIDENTIAL ASSETS CORP AS SERVICED BY BANK OF AMERICA; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION OF DEBTORS   Page 2

Case: 13-40016   Doc# 59   Filed: 02/21/14   Entered: 02/21/14 13:54:36   Page 2 of 3

## DECLARATION OF DEBTORS

We, Fernando Alvarez and Gladys Alvarez, declare as follows:

1. We are the debtors in the above-referenced case.

2. We are the owners of 778 Brannan Place, Concord, CA 94518 (the "real property"). The real property is our residence.

3. We agree to the arrears portion of Proof of Claim Number 13 Filed by National Residential Assets Corp., but do not believe that they are entitled to interest on the arrears listed.

4. We are requesting that the court disallow the interest requested in the claim.

This declaration is made under penalty of perjury and executed this 21st day of February, 2014 at Walnut Creek, California.

/s/Fernando Alvarez
Fernando Alvarez


/s/Gladys Alvarez
Gladys Alvarez

OBJECTION TO CLAIM NUMBER 13 FILED BY NATIONAL RESIDENTIAL ASSETS CORP AS SERVICED BY BANK OF AMERICA; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION OF DEBTORS    Page 3

Case: 13-40016    Doc# 59    Filed: 02/21/14    Entered: 02/21/14 13:54:36    Page 3 of 3